UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

HUBER HEIGHTS VETERANS
CLUB, INC.,

    Plaintiff,

vs.

STATE OF OHIO, *et al.*,

    Defendants.

Case No. 3:23-cv-389

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

## ORDER DENYING PLAINTIFF'S MOTION FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW (Doc. No. 23)

The civil case is before the Court upon Plaintiff's motion for findings of fact and conclusions of law. Doc. No. 23. Defendant State of Ohio filed a memorandum in opposition (Doc. No. 25), to which Plaintiff did not reply. Thus, this motion is ripe for review.

Defendants filed motions to dismiss (Doc. Nos. 14, 15, 16), and this Court dismissed Plaintiff's claims based on *res judicata* and/or collateral estoppel. *See* Doc. No. 21.[1] Now, Plaintiff seeks separate findings of fact and conclusions of law for each Defendant pursuant to Fed. R. Civ. P. 52. Doc. No. 23.

Fed. R. Civ. P. 52(a)(3) states "[t]he court is not required to state findings or conclusions when ruling on a motion under Rule 12[.]" Fed. R. Civ. P. 52(a)(3). In *Stephens v. National City Corporation*, the Sixth Circuit noted, "A district court must state separate findings of fact and conclusions of law following a bench trial. Fed. R. Civ. P. 52(a)(1). But where, as here, the district

---

[1] The Sixth Circuit recently affirmed this Court's dismissal of another Huber Heights Veterans Club, Inc. case based on *res judicata*. *See Huber Heights Veterans Club, Inc. v. Bowman, et al.*, No. 24-3342, Doc. No. 19 (6th Cir. Oct. 15, 2024).

court rules on motions to dismiss filed under Rule 12(b), there is no such requirement. Fed. R. Civ. P. 52(a)(3)." *Stephens v. Nat'l City Corp.*, No. 20-3746, 2021 WL 3027864, at *4 (6th Cir. June 14, 2021). Here, the Court dismissed the case after Defendants filed Rule 12(b) motions (Doc. Nos. 14, 15, 16), which means the Court is not required to state separate findings of fact and conclusions of law in this case. *See* Doc. No. 21.

Accordingly, Plaintiff's motion is **DENIED**.

**IT IS SO ORDERED.**

October 24, 2024                             s/*Michael J. Newman*
                                             Hon. Michael J. Newman
                                             United States District Judge